IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.F., by his parents, K.F. and E.I.,<br><br>*Plaintiff*,<br><br>v.<br><br>SCHOOL DISTRICT OF UPPER DUBLIN,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 17-04328 |

## ORDER

**AND NOW**, this 18th day of April, 2018, upon consideration of Defendant's Motion to Dismiss (ECF No. 7) and Plaintiff's Response (ECF No. 8), it is **ORDERED** that Defendant's Motion (ECF No. 7) is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.