UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.F., by his parents, K.F. and E.I., <br> *Plaintiff* <br><br> School District of Upper Dublin <br> *Defendant* | ) <br> ) <br> ) <br> ) *Civil Action No.* 17-4328 <br> ) <br> ) |

**CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' Printed Names: | Signatures of Parties or Attorneys: | Dates: |
|---|---|---|
| S.F. | [signature] | 09/20/2018 |
| School District of Upper Dublin | [signature] | 9/20/18 |

Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge _____ to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_____
*District Judge's signature*

Date: _____

_____
*(Printed Name and Title)*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

(05/2013)