## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.F., by his Parents, | : | |
| K.F. and E.I., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF UPPER | : | No. 17-4328 |
| DUBLIN, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 18th day of May 2021, upon consideration of Plaintiff's motion to enforce consent decree and brief in support thereof (Docs. 62 & 63), Defendant's response in opposition thereto, which includes a cross-motion to modify the consent decree (Doc. 65), and Plaintiff's response thereto (Doc. 68), IT IS HEREBY ORDERED that the motion to enforce is GRANTED and the cross-motion is DENIED.

IT IS FURTHER ORDERED that, with regard to revisions attributable to this Order, the parties shall abide by the following schedule:

1. Defendant shall submit to Plaintiff revised construction drawings for the New Middle School auditorium, with accompanying explanations that specifically identify all proposed accessible paths and seating, within 30 days of the date of the Order;

2. Plaintiff shall have 14 days from receipt of Defendant's revised construction plans and accompanying explanations in which to seek any clarifications from

Defendant, and Defendant shall have 14 days thereafter in which to respond; and

3. Any unresolved dispute(s) must be the brought to the court's attention on or before August 31, 2021.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.